# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Jayson Rogers, individually and on behalf of others similarly situated,<br><br>                        Plaintiff(s),<br><br>  v.<br><br>Interstate National Dealer Services, Inc., et al.,<br><br>                        Defendant(s). | Case No. 1:20-CV-00554-PAG<br><br>**DEFENDANT INTERSTATE NATIONAL DEALER SERVICES, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Judge: Patricia A. Gaughan |

       Defendant Interstate National Dealer Services, Inc. ("Interstate") will and does hereby move to dismiss the Complaint filed by Plaintiff Jayson Rogers ("Plaintiff"), which asserts claims for relief against Interstate for alleged violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, *et seq*.

       This Motion is made pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds that Plaintiff's Complaint fails to state a claim upon which relief may be granted. This Motion is based upon this Motion, Interstate's Memorandum of Points and Authorities, and all other pleadings and papers on file herewith, and such other arguments and other materials as may be presented before the Motion are taken under submission.

sf-4245107

Respectfully submitted,

 /s/     Karey E. Werner
John L. Landolfi (0042208)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH 43215
Telephone:  (614) 464-8390
Facsimile: (614) 719-4711
Email:  jllandolfi@vorys.com

Karey E. Werner (0095685)
VORYS, SATER, SEYMOUR AND PEASE LLP
200 Public Square, Suite 1400
Cleveland, OH 44114-2327
Telephone:  (216) 479-6150
Facsimile: (216) 479-6060
Email:  kewerner@vorys.com

*Attorneys for Defendant Interstate National Dealer Services, Inc.*