UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JAYSON ROGERS**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**INTERSTATE NATIONAL DEALER SERVICES, INC.,** a Delaware corporation, and **JOHN DOE CORPORATION,**<br><br>**DEFENDANTS.** | Case No.: 1:20-cv-554-PAG<br><br>JUDGE PATRICIA A. GAUGHAN<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)** |

So Ordered.
/s/ Patricia A. Gaughan
9/15/20

NOW COME the PLAINTIFF, Jayson Rogers, and the DEFENDANT, Interstate National Dealer Services, Inc., by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a), who hereby stipulate and agree to the dismissal with prejudice of PLAINTIFF Jayson Rogers' claims against DEFENDANT Interstate National Dealer Services, Inc. Each Party shall bear their own respective costs and attorneys' fees. This Stipulation for Dismissal disposes of the entire action.

Dated:  September 14, 2020                                    Respectfully submitted,

*/s/ Adam T. Savett*_____         */s/ Tiffany Cheung*_____
Adam T. Savett                                                         Tiffany Cheung (CA SBN 211497)
**SAVETT LAW OFFICES LLC**                            *Admitted Pro Hac Vice*
2764 Carole Lane                                                    TCheung@mofo.com
Allentown, Pennsylvania 18104                            Michael Burshteyn (CA SBN 295320)
Tel: (610) 621-4550                                                *Admitted Pro Hac Vice*
Fax: (610) 978-2970                                                MBurshteyn@mofo.com
Email: adam@savettlaw.com                              **MORRISON & FOERSTER LLP**
                                                                                     425 Market Street
*Attorneys for Plaintiff Jayson Rogers*                San Francisco, California 94105-2482
                                                                                     Tel: (415) 268-7000
                                                                                     Fax: (415) 268-7522